UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ALLEN COOK,<br><br>         Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>         Defendants. | Case No. C23-5773-JNW-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court notes that Defendants' *Rand* notice (dkt. # 28) fails to comply with the Court's Local Civil Rules ("LCR"), as amended April 26, 2024, in several respects: (1) failure to respond to a summary judgment motion is not considered an admission of merit under LCR 7(b)(2); (2) the response and reply due dates given are inconsistent with LCR 7(d)(4); and (3) pursuant to LCR 7(e), the length of motions and briefs is limited by word count, not page count, unless handwritten or typewritten. While Defendants' *Rand* notice (dkt. # 28) will be accepted as filed, Defendants are reminded to comply with the current LCRs in future filings.

MINUTE ORDER - 1

Dated this 20th day of June, 2024.

                              Ravi Subramanian
                              Clerk of Court

                         By: Tim Farrell
                              Deputy Clerk

MINUTE ORDER - 2