UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ALLEN COOK,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MARK WENTWORTH, LEIGH GILLIVER, ERIN LYSTADT, RYAN HARRINGTON, JENNIFER MEYERS, JOAN PALMER, DEAN MASON, JASON BENNETT, and ROBERT JACKSON,<br><br>Defendant. | CASE NO. 3:23-cv-5773<br><br>ORDER ADOPTING R&R DENYING MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on United States Magistrate Judge Michelle L. Peterson's Report and Recommendation ("R&R), Dkt. No. 35, on Defendants' motion for summary judgment for failure to exhaust administrative remedies, Dkt. No. 26. Judge Peterson recommends denying the motion because issues of material fact exist as to whether Cook effectively exhausted his administrative remedies under Ninth Circuit precedent *Harvey v. Jordan*, 605 F.3d 681, 684–85 (9th Cir. 2010). Dkt. No. 35 at 7.

**ORDER** ADOPTING R&R DENYING MOTION FOR SUMMARY JUDGMENT - 1

No one has objected to the R&R and the time for objecting has passed. *See generally* Dkt. Because there were no objections, the Court may adopt the R&R if it is satisfied there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment. The Court agrees with Judge Peterson's reasoning and finds no clear errors on the face of the record.

Accordingly, the Court ORDERS:

- The Court ADOPTS the Report and Recommendation, Dkt. No. 35.
- Defendants' motion for summary judgment for failure to exhaust administrative remedies, Dkt. No. 26, is DENIED.

The Clerk is directed to send uncertified copies of this Order to counsel and to Judge Michelle L. Peterson.

Dated this 13th day of September, 2024.

Jamal N. Whitehead
United States District Judge