UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ALLEN COOK, | CASE NO. 3:23-cv-5773 |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MARK WENTWORTH, LEIGH GILLIVER, ERIN LYSTADT, RYAN HARRINGTON, JENNIFER MEYERS, JOAN PALMER, DEAN MASON, JASON BENNETT, and ROBERT JACKSON, | |
| Defendants. | |

The Report and Recommendation ("R&R") of Magistrate Judge Michelle L. Peterson is before the Court. Dkt. No. 46. No party has objected to the R&R, and the time for filing objections has passed. Having considered the R&R, the remainder of the record, and the relevant law, the Court is satisfied that the R&R contains no errors of law and that there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**ORDER** - 1

Accordingly, the Court ORDERS:

- The Court ADOPTS the Report and Recommendation. Dkt. No. 46.
- Defendants' Motion for Summary Judgment, Dkt. No. 39, is GRANTED. Plaintiff's amended complaint and this action are DISMISSED with prejudice.
- The Clerk is directed to send copies of this Order and the accompanying Judgment to Petitioner and to the Hon. Michelle L. Peterson.

Dated this 6th day of January, 2025.

Jamal N. Whitehead
United States District Judge